# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE M. STACEY,<br>  Plaintiff(s),<br>v.<br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br>  Defendant(s). | Case No.: 2:19-cv-00274-GMN-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 8; *see also* Docket No. 5. A response shall be filed no later than March 13, 2019, and any reply shall be filed no later than March 15, 2019.

IT IS SO ORDERED.

Dated: March 8, 2019

Nancy J. Koppe
United States Magistrate Judge